M. Elizabeth Graham (Bar No. 143085)
**GRANT & EISENHOFFER, P.A.**
201 Mission Street, Suite 1200
San Francisco, CA 94105
Telephone: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

Warren Postman (Bar No. 330869)
**KELLER POSTMAN LLC**
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
Telephone: (202) 749-8334
Fax: (312) 971-3502
Email: wdp@kellerpostman.com

Kimberly Channick (Bar No. 325089)
**WALSH LAW PLLC**
13428 Maxella Avenue, #203
Marina del Rey, CA 90292
Telephone: (213) 863-4276
Fax: (202) 780-3678
Email: kchannick@alexwalshlaw.com

Alexandra M. Walsh (pro hac vice forthcoming)
**WALSH LAW PLLC**
1050 Connecticut Ave, NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 780-4127
Fax: (202) 780-3678
Email: awalsh@alexwalshlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA THOMAS, on her own behalf and as representative of the estate of J.T, AMEERAH JOHNSON-MERRIDA, on her own behalf and on behalf of her minor child W.M., NILA MAEDER, on her own behalf and on behalf of her minor child P.H., MARA DIAZ, on her own behalf and on behalf of her minor child C.M., MARIA EBERHART, on her own behalf and on behalf of her minor child Z.S., VIRJINIA VIERA, on her own behalf and on behalf of her minor child V.S., LISA FORREST, on her own behalf and on behalf of her minor child N.L., and SYLVIA MADISON, on her own behalf and as representative of the estate of E.O.,<br><br>Plaintiffs,<br><br>v.<br><br>MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, SUTTER BAY HOSPITALS, D/B/A ALTA BATES SUMMIT MEDICAL CENTER— ALTA BATES CAMPUS AND ALTA | Case No.: 4:22-cv-02460-HSG<br><br>Superior Court of California for the County of Alameda Case No. 22CV008511<br><br>**ORDER DENYING MOTION TO RULE ON THE MOTIONS' PAPERS**<br><br>**Judge:** Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | BATES SUMMIT MEDICAL CENTER—SUMMIT CAMPUS, and DOES 1-10, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |

Considering the papers and arguments, and finding good cause, the Motion to Rule on the Motions' Papers is DENIED.

IT IS SO ORDERED.

Date: 5/20/2022

_____
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

DENIED
Haywood S. Gilliam Jr.

ORDER